UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-23319-JLK

EMMANUEL HERNANDEZ,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Emmanuel Hernandez, and Defendant, Hartford Life and Accident Insurance Company (collectively, the "Parties"), hereby advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

*Respectfully submitted this 23rd day of May 2022,*

| | |
|---|---|
| /s/ Jonathan M. Fordin | /s/ Edward P. Dabdoub |
| Jonathan M. Fordin (FBN 371637) | Edward Philip Dabdoub (FBN. 45685) |
| jfordin@shutts.com | eddie@longtermdisability.net |
| SHUTTS & BOWEN LLP | Kevin Schaefer (FBN. 123688) |
| 200 South Biscayne Blvd., Suite 4100 | kevin@longtermdisability.net |
| Miami, Florida 33131 | DABDOUB LAW FIRM, P.A. |
| Tel: (305) 347-7390 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (305) 347-7790 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |